NO. 03-15-00593-CV

FILED
June 17, 2016
Third Court of Appeals
Jeffrey D. Kyle
Clerk


RECEIVED
JUN 1 7 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

IN THE THIRD COURT OF APPEALS

AUSTIN, TEXAS

CAROLYN BARNES, ET AL, APPELLANT

V.

GUILFORD JONES, JOHN DELANEY, ELIZABETH CUNNINGHAM,

MARTY GRIFFITH, APPELLEE

---

MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

---

On Appeal From Cause No. D-1-GN-15-000877
From The 419th Judicial District Court Of Travis County, Texas

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, CAROLYN BARNES, et al, hereinafter referred to as

BARNES, and files this motion to extend time for filing Appellant's Brief,

and in support thereof would show the court as follows:

1.      Barnes has ten briefs due because of the nature of the manner in

which this case was handled by the trial court, the complete suspension of

constitutional rights by the licensed attorneys and employees of this State,

1

and the judicial edicts that are being issued *sua sponte* without any due process by Jeffrey Kyle.

2. It is not humanly possible to produce adequate, effective, or quality briefs in this manner and the court and licensed attorneys know it. ' Opposing counsel has not agreed to an extension of 90 days for filing Appellant's Brief. Appellant sent an email seeking an agreement, but received no response. The Texas Attorney General is a co-defendant in this case, and despite the clear conflict of interest, continues to advance the object of this conspiracy and cover-up the complicity and collusion between the executive, the judicial, and the unconstitutional "quasi-judicial" branches of the government.

3. Barnes is requesting 90 days to complete and file the eight briefs due in these appeals, since she has two others due in other pending cases in addition to the eight due in this case. Barnes will file the briefs as they are ready, but requires 90 days to file them all. This extension of time would make the Appellant's briefs due on September 17, 2016.

4. This request is being made in good faith and not merely for delay. Good cause exists to extend the time for filing the Appellant's Briefs in all the pending appeals arising out of D-1-GN-15-00877 so that they are due on September 17, 2016.

5.   Barnes request that the time for filing Appellant's Briefs be extended to **September 17, 2016**. BARNES prays for such other and further relief to which she may be entitled, whether at law or in equity.

Respectfully submitted,

Carolyn Barnes
419 Indian Trail
Leander, Texas 78641
Barnes.legalguidance@gmail.com
512-817-8014

3

JURAT

COUNTY OF WILLIAMSON

STATE OF TEXAS

Pursuant to Texas Civil Practices and Remedies Code Sec. 132.001, I, Carolyn Barnes, do hereby swear and affirm that the facts stated above are true and correct based on personal knowledge.

I aver that "My name is Carolyn Barnes, by date of birth is January 12, 1957, and my address is 419 Indian Trail, Leander, Texas 78641 in the United States of America. I swear under penalty of perjury that all the facts stated herein are within my personal knowledge and true and correct.

I have read the foregoing Motion for Extension of Time to File the Appellant's Briefs arising from the numerous appeals from D-1-GN-15-00877 and the facts stated within are true and correct to the best of her knowledge.

SWORN TO BEFORE ME ON THIS 16th day of June 2016.

By: _____
Carolyn Barnes

## CERTIFICATE OF CONFERENCE

Barnes conferred with Texas Attorney General, the co-defendant and attorney for JONES, DELANEY, CUNNINGHAM, GRIFFITH, but did not receive a response to the email seeking an agreement for extension of time for a period of 90 days to file the Appellant's Briefs due in these appellate cases arising out of Cause No. D-1-GN-15-00877.

_____
Carolyn Barnes

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the foregoing document has been served pursuant to Rule 21a of the Texas Rules of Civil Procedure on all counsel of record on this the 16th day of June 2016.

Carolyn Barnes
419 Indian Trail
Leander, TX 78641
Barnes.legalguidance@gmail.com
(512) 817-8014

June 16, 2016

Jeffrey D. Kyle, Clerk
Third Court of Appeals
PO Box 12547
Austin, Texas 78711
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701



RECEIVED

JUN 1 7 2016

THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE: Case No. 03-15-700-CV Richard Coons;
Case No. 03-15-719-CV Dusty Humes;
Case No. 03-15-720-CV Burt Carnes;
Case No. 03-15-593-CV Guilford Jones, John Delaney, Elizabeth Cunningham, Marty Griffith;
Case No. 03-15-605-CV Kirk Cole, Ken Paxton;
Case No. 03-15-630-CV Jeff Rose, Nathan Hecht;
Case No. 03-16-125-CV Alan Hickman Schreiber

All arising out of Cause No. D-1-GN-15-000877
Carolyn Barnes, at al v. Texas Attorney General, et al

Dear Sir or Madame:

Enclosed for filing in the above captioned cause, please find seven Motions to Extend Time for Filing Appellee's Briefs in each of the above captioned cases.

If you require anything further from me or if there are any deficiencies or defects in these documents, please advise me immediately. Thank you for your time and attention in this matter. If you have any problems, concerns, or questions, please contact me.

TIME IS OF THE ESSENCE.

Very truly yours,

Carolyn Barnes

Enclosures


Express

FZ RT TUE
16:30
5524
06.17

earth smart
FedEx carbon-neutral
envelope shipping

Align top of FedEx Express® shipping label here.

ORIGIN ID:BSMA    (512) 817-8014
CAROLYN BARNES
419 INDIAN TRAIL
LEANDER, TX 78641
UNITED STATES US

SHIP DATE: 16JUN16
ACTWGT: 0.50 LB
CAD: 6991782/SSF01704

BILL CREDIT CARD

TO JEFFREY D KYLE, CLERK
THIRD COURT OF APPEALS
209 WEST 14TH ST
ROOM 101, PRICE DANIEL SR BLDG
AUSTIN TX 78701
(512) 463-1733
PO:    REF:
INV:    DEPT:

REL#
3786346

FedEx
Express

J161016020501uv

TRK#
0201   7833 7891 5524

44 AUSA

TUE - 21 JUN 4:30P
EXPRESS SAVER

78701
TX-US  AUS

Part # 152297-43/FOD27721FEDX